# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

November 3, 2010

No. 10-20001

Lyle W. Cayce
Clerk

KENYON INTERNATIONAL EMERGENCY SERVICES, INC.,

Plaintiff-Appellant

v.

MARK MALCOLM; GRADY BRAY; RONALD CRANE, JR.; DISASTER
MANAGEMENT INTERNATIONAL CORPORATION; BRAY ASSOCIATES;
CRISIS HUMAN SERVICES, INC.; MARJORIE BRAY; LEAH HAWLEY;
KATHY ROCK; JAMES FAIRBROTHER; SHARON FAIRBROTHER,

Defendants-Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:09-CV-3550

Before DEMOSS, BENAVIDES, and ELROD, Circuit Judges.

PER CURIAM:[*]

The court has carefully considered this appeal in light of the briefs, oral arguments and pertinent portions of the record. Having done so, we find no reversible error of law or fact and affirm the judgment of the trial court. *See* Fifth Circuit Local Rule 47.6.   AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.